,(June 6, 1974)

■ JUDITH GONZALES, Respondent, v. JUST CAB CORP. et al., Appellants.— Judgment, Supreme Court, Bronx County, entered on January 18, 1974, unanimously reversed, on the law and on the facts, and vacated, and a new trial granted solely on the issue of damages, with $60 costs and disbursements of this appeal to abide the event, unless the plaintiff-respondent within twenty days of service upon her by the defendants-appellants of a copy of the order entered hereon, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict to $12,000 and to the entry of an amended judgment in accordance therewith. If the plaintiff-respondent consents to the reduction, the judgment as so amended and reduced is affirmed, without costs and without disbursements. The amount awarded by the jury was excessive and a judgment exceeding the amount indicated is not warranted on this record. Concur — Nunez, J. P., Kupferman, Murphy, Lupiano and Tilzer, JJ.